IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JEFF AUTRY, JANNA SUE TITLER, ZACHARY DAVIS, ZANE TERRY, and LARRY LEE BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS OF GRADY COUNTY a/k/a Grady County, and MICHAEL ALAN WALKER, individually,<br><br>Defendants. | Case No. CIV-22-00054-JD |

## ORDER

Before the Court is Defendant Michael Alan Walker's Unopposed Motion for Extension of Time to File Responsive Pleading ("Motion"). [Doc. No. 17]. The Motion seeks to extend Defendant Michael Alan Walker's deadline to answer, move against, or otherwise respond to Plaintiffs' Complaint [Doc. No. 1] to February 28, 2022. The Motion indicates that Plaintiffs are not opposed to the extension of time.

For good cause shown and under Federal Rule of Civil Procedure 6(b) and LCvR7.1(h), the Court GRANTS the Motion and extends the deadline for Defendant Michael Alan Walker to answer, move against, or otherwise respond to Plaintiffs' Complaint to February 28, 2022.

IT IS SO ORDERED this 14th day of February 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE